JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

21 CR 032 JDP

**Place of Offense:**
City: Chippewa Falls, WI
County/Parrish: Dunn County

**Related Case Information:**
Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

*DOC NO REC'D/FILED 2021 MAR 24 PM 2:20 PETER OPPENEER CLERK US DIST COURT WD OF WI*

**Defendant information:**
Matter to be Sealed ____ Yes __✓__ No
Def. Name: Justin Barnard
Alias Name:
City/State: Chippewa Falls, WI
Year of Birth: 1985    Last 4 digits of SSN: 
Sex: Male    Race: White

**U.S. Attorney Information:**
TAYLOR L. KRAUS    Bar #:
Interpreter: __✓__ No ____ Yes    List language and/or dialect:

**Location Status:**

Arrest Date: 11/23/2020
____ Already in Federal Custody as of: _____ in _____
__✓__ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 1    ____ Petty    ____ Misdemeanor    __✓__ Felony
Class A
Class B
Class C

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Possession with Intent to Distribute Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____    Signature /s/ TAYLOR L. KRAUS