DOC. NO
REC'D/FILED
2021 MAR 24 PM 2:20
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 21 CR 032 JDP |
| JUSTIN BARNARD, | 21 U.S.C. § 841(a)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about November 23, 2020, in the Western District of Wisconsin, the defendant,

JUSTIN BARNARD,

knowingly and intentionally possessed with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 03/24/2021

TIMOTHY M. O'SHEA
Acting United States Attorney